HAUGH *v.* SEABOLD.

*A.* died intestate, leaving an estate not worth over three hundred dollars. After letters of administration had been granted, on petition of the widow, the assets of the estate were, by order of the Court, delivered to, and vested in, her. Suit by the widow upon an account, part of such assets. The defendant pleaded as a set-off a note of the deceased, purchased after his death.

*Held*, that no claim against the decedent acquired after his property vested in his widow, could be set-off against her claim.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.—William Seabold* died. His estate was worth less than three hundred dollars. The Court vested it in the widow, *Margaret Seabold*. A part of that estate consisted of an account against *Emanuel Haugh*. Widow *Seabold* sued *Haugh* on this account. After *William Seabold's* death, *Haugh* bought a note which said *Seabold* had given in his lifetime, and pleaded it as a set-off to Widow *Seabold's* demand on the above account. The Court refused to allow the set-off.

We think this was right. The estate being of less value than three hundred dollars, the law gave it to the widow, and the account sued on was a part of it. No claim against *William Seabold*, acquired after his property vested in his widow, could be set-off against her in a suit to recover such vested estate.

The judgment is affirmed, with 5 per cent. damages and costs.

*R. L. Walpole* and *K. Ferguson*, for appellant.

*Wm. Wallace* and *B. Harrison*, for appellee.